KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARC A. LEFORESTIER, State Bar No. 178188
Supervising Deputy Attorney General
NANCY J. DOIG, State Bar No. 226593
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8230
 Fax: (916) 324-8835
 E-mail: Nancy.Doig@doj.ca.gov
*Attorneys for Defendants Kamala Harris, in her official capacity as Attorney General for the State of California, and Edmund G. Brown, Jr., in his official capacity as Governor of the State of California*

*Exempt from Filing Fees -
Gov. Code § 6103*

FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. VENJNOVIC, an individual; C.L. CORONA, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>KAMALA HARRIS, in her official capacity as ATTORNEY GENERAL for the State of California, EDMUND G. BROWN, JR., in his official capacity as GOVERNOR of the State of California,<br><br>           Defendants. | 2:13-CV-02474-JAM-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE A RESPONSE TO THE COMPLAINT<br><br>Judge:   The Honorable John A. Mendez<br><br>Action Filed: November 27, 2013 |

WHEREAS, UPON INFORMATION AND BELIEF:

   A.   Plaintiffs filed the instant action on November 27, 2013, and served defendants on December 2, 2013.

   B.   The current deadline to file a response to the complaint is December 23, 2013.

1

C. Plaintiffs have filed a motion for a preliminary injunction, which is currently set for a hearing on February 5, 2014, which means defendants' opposition to the motion is due January 17, 2014, unless served by hand, in which case it is due January 22, 2014.

D. Due to the press of deadlines in other matters, defendants' counsel has been unable to turn her attention to the instant action until now.

E. In light of the holiday season, and because defendants' counsel and defendants' counsel's support staff plan to take some time off to spend time with family visiting for the holidays, plaintiffs' counsel has graciously agreed to allow defendants additional time in which to file a response to the complaint so long as the extension does not interfere with the hearing date on plaintiffs' motion for preliminary injunction.

AS SUCH PLAINTIFFS AND DEFENDANTS STIPULATE AS FOLLOWS:

1. Defendants shall have until January 17, 2014, to file and serve a response to the complaint.

Dated: December 18, 2013

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

*/s/ Nancy J. Doig*

NANCY J. DOIG
Deputy Attorney General
Attorneys for Defendants
Kamala Harris, in her official capacity as Attorney General for the State of California, and Edmund G. Brown, Jr., in his official capacity as Governor of the State of California

Dated: December 18, 2013

LAW OFFICES OF NATALYA VARTAPETOVA

*/s/ Natalya Vartapetova*

NATALYA VARTAPETOVA (SBN 247350)
Attorneys for Plaintiffs
T. Venjnovic and C. L. Corona

2

## ORDER ON STIPULATION

HAVING CONSIDERED THE ABOVE STIPULATION OF THE PARTIES, THE COURT ORDERS AS FOLLOWS:

1. Defendants shall have until January 17, 2014, to file and serve a response to the complaint.

Dated: 12-18-2013

Judge of the United States District Court,
Eastern District of California

3