1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARC A. LEFORESTIER, State Bar No. 178188
   Supervising Deputy Attorney General
3  NANCY J. DOIG, State Bar No. 226593
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-8230
6    Fax:  (916) 324-8835
     E-mail:  Nancy.Doig@doj.ca.gov
7  *Attorneys for Defendants Kamala Harris, in her*
   *official capacity as Attorney General for the State of*
8  *California, and Edmund G. Brown Jr., in his official*
   *capacity as Governor of the State of California*

9

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  **T. VENJNOVIC, an individual;**          2:13-CV-02474-JAM-EFB
    **C.L. CORONA, an individual,**
15                                            **STIPULATION AND ORDER**
                                              **CONTINUING DEADLINE TO SUBMIT**
16                         Plaintiffs,        **A JOINT STATUS CONFERENCE**
                                              **STATEMENT**
17           v.
                                              Judge:        The Honorable John A.
18  **KAMALA HARRIS, in her official capacity**            Mendez
    **as ATTORNEY GENERAL for the State of**
19  **California, EDMUND G. BROWN, JR., in**  Action Filed:  November 27, 2013
    **his official capacity as GOVERNOR of the**
20  **State of California,**

21                         Defendants.

22

23        WHEREAS, UPON INFORMATION AND BELIEF:

24        A.    Plaintiffs filed this action on November 27, 2013, and served the Attorney General on

25  December 2, 2013.

26        B.    On November 27, 2013, the Court issued an Order Requiring Joint Status Conference

27  Statement, which directed the parties to submit a joint status conference statement within sixty

28

                                         1

1   days of service of the complaint on any party.  Accordingly, a joint status conference statement is

2   due on Friday, January 31, 2014.

3       C.      Plaintiffs have filed a motion for a preliminary injunction and Defendants have filed

4   a motion to dismiss.  Both motions are set for hearing on February 19, 2014.

5       D.      Because, the Court's rulings on the motion for a preliminary injunction and the

6   motion to dismiss will likely have an impact on how the parties proceed in this case, the parties

7   would prefer to learn how the Court rules on the motions before preparing the joint status

8   conference statement.

9           AS SUCH PLAINTIFFS AND DEFENDANTS STIPULATE AS FOLLOWS:

10      1.      The parties shall have until March 5, 2014 to submit a joint status conference

11  statement as described in the Court's Order Requiring Joint Status Conference Statement issued

12  on November 27, 2013.

13  Dated:  January 31, 2014                           KAMALA D. HARRIS
                                                        Attorney General of California
14                                                      MARC A. LEFORESTIER
                                                        Supervising Deputy Attorney General
15

16                                                      /s/ Nancy J. Doig

17

18                                                      NANCY J. DOIG
                                                        Deputy Attorney General
19                                                      *Attorneys for Defendants*
                                                        *Kamala Harris, in her official capacity as*
20                                                      *Attorney General for the State of*
                                                        *California, and Edmund G. Brown Jr., in*
21                                                      *his official capacity as Governor of the*
                                                        *State of California*

22  Dated:  January 31, 2014                           LAW OFFICES OF NATALYA VARTAPETOVA

23

24                                                      /s/  Natalya Vartapetova (as authorized on
                                                        January 31, 2014)

25

26                                                      NATALYA VARTAPETOVA (SBN 247350)
                                                        *Attorneys for Plaintiffs*
27                                                      *T. Venjnovic and C. L. Corona*

28

1    **ORDER ON STIPULATION**

2         HAVING CONSIDERED THE ABOVE STIPULATION OF THE PARTIES, THE

3    COURT ORDERS AS FOLLOWS:

4         1.    The parties shall have until March 5, 2014 to submit a joint status conference

5    statement as described in the Court's Order Requiring Joint Status Conference Statement issued

6    on November 27, 2013.

7

8

9    Dated:   1/31/2014                    /s/ John A. Mendez_____

10                                         Judge of the United States District Court,
                                           Eastern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23   SA2013113907
     11267849.doc

24

25

26

27

28

                                               3