IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T. VENJNOVIC, an individual; C.L. CORONA, an individual,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KAMALA HARRIS, in her official capacity as ATTORNEY GENERAL for the State of California, EDMUND G. BROWN, JR., in his official capacity as GOVERNOR of the State of California,**<br><br>Defendants. | 2:13-CV-02474-JAM-EFB<br><br>**ORDER OF DISMISSAL**<br><br>Date:  February 19, 2014<br>Time:  9:30 a.m.<br>Courtroom:  6<br>Judge:  The Honorable John A. Mendez<br><br>Action Filed:  November 27, 2013 |

On February 19, 2014, in Department 6 of United States District Court for the Eastern District of California, the Honorable John A. Mendez presiding, counsel for the parties appeared for the hearing on the motion to dismiss the complaint brought by Defendants Edmund G. Brown Jr., in his official capacity as Governor of the State of California, and Kamala D. Harris, in her official capacity as the Attorney General of the State of California. Also on calendar was the amended motion for a preliminary injunction brought by Plaintiffs T. Venjnovic and C.L. Corona. Marion H. Titus appeared on behalf of Plaintiffs, and Deputy Attorney General Nancy J. Doig appeared on behalf of Defendants. Having considered the pleadings, the moving papers

submitted by all parties, other documents on file in this action, and the arguments made by counsel, the Court rules as follows:

1. The motion to dismiss is granted as to the Governor on Eleventh Amendment immunity grounds. The Governor's general duty to enforce California law is an insufficient basis upon which to provide the Court jurisdiction over the Governor in this action. *Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 943 (9th Cir. 2013).

2. The motion to dismiss is granted on the basis of the *Younger* abstention doctrine as articulated in *Younger v. Harris*, 401 U.S. 37 (1971). State court criminal proceedings are currently pending against both the plaintiffs in California. These proceedings implicate the important state interest of protecting California's citizenry from the perils of driving under the influence of alcohol. Plaintiffs have an adequate opportunity to raise the issues presented here in those state court proceedings. None of the recognized exceptions to the *Younger* abstention doctrine apply.

3. Plaintiffs' First Amended Complaint was not timely filed.

4. Because the Court grants dismissal here, the amended motion for a preliminary injunction is moot.

IT IS ORDERED THAT:

1. Plaintiffs' First Amended Complaint is rejected; and

2. The action is dismissed without prejudice.

Date: 3/4/2014                                         /s/ John A. Mendez_____
                                                      Honorable John A. Mendez


Approved as to form:


_____        Date:_____
Counsel for Plaintiffs
T. Venjnovic and C.L. Corona

SA2013113907Proposed Order Granting Dismissal (AG 02262014).doc